# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

NOV 19 2014

UNITED STATES OF AMERICA
V.

**Cedrick Soto**
**A202 139 709**            YOB:  **PRINCIPAL**
**United States Citizen**         **1983**

## CRIMINAL COMPLAINT

Case Number:

**M-14-2207-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 17, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Martha Stephany Parada De Romero and Elvin Elias Romero-Cruz, citizens and nationals of El Salvador, along with ten (10) other undocumented aliens, for a total of twelve (12), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Rio Grande City, Texas to the point of arrest near Hidalgo, Texas,**

in violation of Title ___8___ United States Code, Section(s) ___1324(a)(1)(A)(ii)___ **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On November 17, 2014, at approximately 6:20 P.M., La Joya Police Department Officer J. Cruz contacted the McAllen Border Patrol Station and requested assistance in determining the immigration status of several subjects in a traffic stop.

Upon arrival, Border Patrol Agent E. Santos and M. Floyd met with Officer J. Cruz at the intersection of Tom Gill Road and Highway 83 near Hidalgo, Texas. Officer J. Cruz stated that she performed a vehicle stop on a 2002 tan Ford Explorer for an expired license plate. Agents proceeded to question the driver, later identified as Cedrick Soto, a citizen of the United States and the twelve passengers in the vehicle, which were all found to be illegally in the United States with no documentation to reside or remain in the United States legally.

All subjects were transported to the McAllen Border Patrol Station for processing.

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

_Approved to CC:_
_[signature] Villa_
_AUSA_
_11.19.14_

Signature of Complainant

Sworn to before me and subscribed in my presence,

**Jeremiah Abrego         Senior Patrol Agent**
Printed Name of Complainant

**November 19, 2014**         8:52 a.m.   at   **McAllen, Texas**
Date                                          City and State

**Peter E. Ormsby**, **U. S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-2207-M

RE:     **Cedrick Soto**                              A202 139 709

**CONTINUATION:**

PRINCIPAL STATEMENT:
Once at the Border Patrol Station, Cedrick Soto was advised of his Miranda Rights by Border Patrol Agent E. Santos. SOTO stated that he understood his rights and was willing to provide a sworn statement without the presence of an attorney.

SOTO stated that he was approached to transport several subjects from Rio Grande City to the H.E.B. in Weslaco. SOTO further stated that he agreed to pick up between three to five subjects and admitted to Agents that he was aware that the subjects were going to be undocumented aliens illegally present in the U.S. He went on to state that he was offered money from an unknown person to transport the subjects but agreed to do it as a favor.

MATERIAL WITNESS STATEMENT:
Once at the Border Patrol Station, both material witnesses were advised of their Miranda Rights in their preferred languages. Both stated that they understood their rights and were willing to provide a statement without the presence of an attorney.

1-Martha Stephany Parada De Romero stated that she is a citizen and national of El Salvador. She made arrangements to be smuggled into the United States in Reynosa, Tamaulipas, Mexico, and was going to pay a total amount of $7,000.00 U.S.D. After illegally making entry into the U.S. she was guided through the brush for several minutes before getting picked up by a vehicle that was being driven by a male subject. Parada was shown an approved Department of Homeland Security photo lineup and was able to identify Cedrick Soto as the driver of the vehicle.

2-Elvin Elias Romero-Cruz stated that he is a citizen and national of El Salvador. He made arrangements to be smuggled to West Palm Beach, Florida with an unknown subject in Reynosa, Mexico. He was going to pay an amount of $7,000 U.S.D as a smuggling fee. He illegally made entry into the U.S. with twelve other subjects and walked for a short period until they reached a vehicle that was awaiting them. Romero entered the vehicle and stated that they drove off and did not stop until being pulled over by authorities. He was able to describe SOTO by the article of clothing he was wearing and stated that he was wearing a grey shirt with dark stripes and mentioned that he had a mustache and a beard. Romero was shown an approved Department of Homeland Security photo lineup and was able to identify Cedrick Soto as the driver of the vehicle.